UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 14, 2013

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.  13-2269 (L), Michael McNeil v. V. Markuski, Jr.
                  1:12-cv-03706-WDQ, 12-18903

TO:    Jeffrey Wayne Bernstein
         Cary C. Jacobson

**REQUESTED FORM(S) DUE:  November 19, 2013**

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

[ ] Docketing statement - Criminal or Docketing statement - Civil or Agency

[XX] Disclosure of corporate affiliations

[ ] Appearance of counsel [eFiler status required]

[ ] Transcript order form

[ ] CJA 24 authorization for transcript

Sue Ellen Nagle, Deputy Clerk
804-916-2702